| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____    Chapter __7__ |

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **New York Foods Company, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Chefs With  Altitude**<br>**DBA  Celebrations by NYFC**<br>**DBA  New York Food Company Fine Wines & Spirits**<br>**DBA  La Venta Inn**<br>**DBA  Verandas Beach House**<br>**DBA  Verandas MB** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **95-3897142** |

| | | | |
| --- | --- | --- | --- |
| 4. | Debtor's address | Principal place of business<br><br>**2320 Alaska Ave.**<br>**El Segundo, CA 90245**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | Mailing address, if different from principal place of business<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.newyorkfood.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | **New York Foods Company, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    7223

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and **it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

Debtor   **New York Foods Company, Inc.**                                      Case number (*if known*) _____
     Name

**11. Why is the case filed in** *Check all that apply:*
**this district?**
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**   ☐ No
**have possession of any**
**real property or personal**   ■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
     **Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

    **Where is the property?**   **2320 Alaska Ave.**
                               **El Segundo, CA, 90245-0000**
                               Number, Street, City, State & ZIP Code

    **Is the property insured?**
- ■ No
- ☐ Yes.   Insurance agency   _____
              Contact name   _____
              Phone   _____

---

   **█ Statistical and administrative information**

**13. Debtor's estimation of**   *Check one:*
**available funds**
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**   ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
**creditors**              ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                           ■ 100-199           ☐ 10,001-25,000       ☐ More than 100,000
                           ☐ 200-999

---

**15. Estimated Assets**    ☐ $0 - $50,000              ☐ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
                            ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million ☐ More than $50 billion

Note on 15: ■ $1,000,001 - $10 million

---

**16. Estimated liabilities**  ☐ $0 - $50,000             ■ $1,000,001 - $10 million  ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million ☐ More than $50 billion

---

Debtor   **New York Foods Company, Inc.**                          Case number (*if known*) _____
         Name

▮ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/01/2020
              MM / DD / YYYY

X _____                James Wharton
   Signature of authorized representative of debtor    Printed name

Title   **Vice President/G.M.**

18. **Signature of attorney**

X _____                Date  07/01/2020
   Signature of attorney for debtor                        MM / DD / YYYY

**Rachel M. Sposato 306045**
Printed name

**THE HINDS LAW GROUP**
Firm name

**21257 Hawthorne Boulevard
Second Floor
Torrance, CA 90503**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 316-0500**     Email address    jhinds@hindslawgroup.com;
                                                         rsposato@hindslawgroup.com

**306045 CA**
Bar number and State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rachel M. Sposato 306045<br>21257 Hawthorne Boulevard<br>Second Floor<br>Torrance, CA 90503<br>(310) 316-0500 Fax: (310) 792-5977<br>California State Bar Number: 306045 CA<br>jhinds@hindslawgroup.com; rsposato@hindslawgroup.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>New York Foods Company, Inc. | CASE NO.:<br><br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __22__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _7-1-2020_

Signature of Debtor 1

Date: _____

(Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _7/1/2020_

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                **F 1007-1.MAILING.LIST.VERIFICATION**

New York Foods Company, Inc.
2320 Alaska Ave.
El Segundo CA 90245


Rachel M. Sposato
THE HINDS LAW GROUP
21257 Hawthorne Boulevard
Second Floor
Torrance, CA 90503


Alex Doerken
108 N. Helberta Avenue, Apt. 27
Redondo Beach CA 90277


Alexandra Bernstein
10053 Solana Dr.
Fountain Valley CA 92708


Allison Carreon
721 Manhattan Ave. Apt B
Hermosa Beach CA 90254


Allison Fassiotto
1672 Norbert Dr.
Danville CA 94526


Alycia Dinan
10832 Old Mill Rd Suite 5
Omaha NE 68154


Amanda Brear
8787 Olive Lane
Santee CA 92071

Amanda Tantishlidchai
19525 Nancy Circle
Cerritos CA 90703

Ameera Ahmed
5645 Farmdale Ave.
North Hollywood CA 91601

American Business Bank
400 S Hope Street, Suite 300
Los Angeles CA 90071

Amy Hsiao
6414 Seabryn Dr.
Rancho Palos Verdes CA 90275

Angelica De Dios
2954 Exposition Blvd.
Santa Monica CA 90404

Ann M. Caruso
3744 Kinsale Lane SE
Olympia WA 98501

Anna Parfenova
27948 Ridgecove Court N.
Rancho Palos Verdes CA 90275

Anne Sjobakk
Johannes Bruns Gate 12A, 0452 Oslo
Sponkiva, Norway 1794

Anne Sjobakk
Nyveien 7B
Spovika, Norway 1881

Arco Business Solutions
P.O. Box 70887
Charlotte NC 28272

Arianna Doykos
1107 Montery Blvd.
Hermosa Beach CA 90254

Arielle Sommer
1282 1/2 Devon Ave.
Los Angeles CA 90066

AT&T
PO BOX 5025
Carol Stream IL 60197-5025

Blue Koi Services
P.O. Box 7668
Torrance CA 90504

Calif Dept of Tax & Fee Admin
PO Box 942879
Sacramento CA 94279

Carol Mewhinney
6575 Heather Ridge Way
Oakland CA 94611

Catherine Pana
38 Prickly Pear
Irvine CA 92618

Catherine Waybright
4050 Glencoe Avenue
Marina Del Rey CA 90292

Charlotte Harrison
407 E. Mountain St.
Glendale CA 91207

Chonglee Lee
6364 W. June Place
Los Angeles CA 90038

Christina Ellas
6624 S. Springpark Ave. #4
Los Angeles CA 90056

Christina Liu
916 Lotus Circle
San Dimas CA 91773

Christina Tylersmith
123 E. Baseline Rd., D205
Tempe AZ 85283

Christine Lieu
13600 Marina Pointe Dr. #1004
Marina Del Rey CA 90292

Cintas Corporation
P.O. Box 29059
Phoenix AZ 85038-9059

City of Manhattan Beach – Waste
P.O. Box 3040
Manhattan Beach CA 90266-1040

City of Manhattan Beach – Water
PO Box 3040
Manhattan Beach CA 90266-1040

Classic Wines of California
P.O. Box 51512
Los Angeles CA 90051-5812

Connie Ng
100 W. 5th St. Unit 3G
Long Beach CA 90802

Connie Wong
319 29th St.
Hermosa Beach CA 90254

Daisy Ding
3602 W. Estates Ln #301
Palos Verdes Peninsula CA 90274

Dana Wacks
1053 W 10th St.
San Pedro CA 90731

Danielle Sullivan
18839 Celtic St.
Porter Ranch CA 91326


David S. Hull
640 Barton Creek Drive
Dripping Springs TX 78620


Department of Motor Vehicles
P.O. Box 825339
Sacramento CA 94232-5339


DMV Renewal
P.O. Box 942894
Sacramento CA 94294-0894


Dominique Brych
1571 West El Camino Rd #10
Mountain View CA 94040


Don Walsh and Kristen Walsh
807 N Paulina Ave
Redondo Beach CA 90277


Dongming Zhao
422 W. Route 66 Unit 49
Glendora CA 91740


Donna Loya
1466 8th St.
Manhattan Beach CA 90266

Doreen Aton
30039 Via Victoria
Rancho Palos Verdes CA 90275


Easy Reader
P.O. Box 427
Hermosa Beach CA 90254


Ecolab
P.O. Box 100512
Pasadena CA 91189-0512


Elegant Publishing Inc
PO Box 89
Barrington RI 02806


Elena Rosenberg-Carlson
1010 N. Kings Rd #213
West Hollywood CA 90069


Elena-Marie Tenn
285 8th Ave. N. Apt 727
Seattle WA 98109


Elizabeth Kim
1515 Rexford Dr.
Los Angeles CA 90035


Eloise Fu
2215 Amethyst Drive
Santa Clara CA 95051

Erica Tsai
2528 Via Sanchez
Palos Verdes Peninsula CA 90274


Eversoft
PO Box 92769
CA 90809


FedEx
P.O. Box 7221
Pasadena CA 91109-7321


Fiona Chai
539 N. Altura Rd.
Arcadia CA 91007


Flora Glouberman
1441 Glenville Dr.
Los Angeles CA 90035


Flue Steam Inc.
5734 Bankfield Ave
Culver City CA 90230


Fortessa Inc.
Attn: Sharon Whilby
20412 Bashan Drive
Ashburn VA 20147


Frontier
PO Box 740407
Cincinnati OH 45274-0407

Gabriela Messina
10001 Venice Blvd Apt 208
Los Angeles CA 90034


Gary Crum & Vicki Crum
82 Highland Avenue
Manhattan Beach CA 90266


George Schuler
2841 Via Sequoie
Palos Verdes Peninsula CA 90274


Gina Petrarca
100 N. Pacific Coast Highway, Suite
El Segundo CA 90245


Globe Gas Corporation
5843 Paramount Blvd.
Long Beach CA 90805


Grainger
Dept. 849161815
Palatine IL 60038-0010


Hayley Leonard
1502 Dalmatia Dr.
San Pedro CA 90732


Helen Lee
2100 S. 8th Ave.
Arcadia CA 91006

Highrose El Porto, LLC
c/o Property Management Associates
6011 Bristol Parkway
Culver City CA 90230


Holiday Hull Cowan
640 Barton Creek Drive
Dripping Springs TX 78620


Individual Foodservice
5496 Lindbergh Lane
Bell Gardens CA 90201


Internal Revenue Service
1973 North Rulon White Blvd
Ogden UT 84201-0062


Jay Kim
7166 Stagsleap Lane
Dublin CA 94568


Jee Kang
1003 Towamencin Ave
Lansdale PA 19446


Jen Greenhalgh
126 Concord St., Apt. 9
El Segundo CA 90245


Jenna Louie
1659 Willowmont
San Jose CA 95124

Jennifer Fischer
11738 Mayfield Ave. #105
Los Angeles CA 90049


Jennifer Katell
1120 Via Maribel
Palos Verdes Peninsula CA 90274


Jenny Yang
11663 Salvia St.
Mira Loma CA 91752


Jenny Yang
11663 Salvia St.
Jurupa Valley CA 91752


Jenny Zhang
801 E. Walnut St. Apt. 1218
Pasadena CA 91101


Jenny Zhang
801 E. Walnut St. Apt. 1218
Pasadena CA 91110-1000


Jessica Malloy
12727 Milton St.
Los Angeles CA 90066


Jessica Malloy
12727 Milton St.

Jessica Stephens
2645 S.Averill Ave.
San Pedro CA 90731


Jim & Karen Wharton
3314 Dalemead St.
Torrance CA 90505


Joanne Sullivan
525 E. 7th St.
Boston MA 02127


Jocelyn Shimizu
1028 Via Nogales
Palos Verdes Peninsula CA 90274


Joseph & Louise Talbot Lohman
400 Kingsbery Circle
Pittsburgh PA 15234


Josephine Balzano
46 E. Peninsula Center Dr., #295
Palos Verdes Peninsula CA 90274


Jospephine Balzano
46 E. Peninsula Center Dr., #295
Palos Verdes Peninsula CA 90274


Jules & Assocates, Inc.
515 S. Figueroa Street, Suite 1900
Los Angeles CA 90071

Jules & Associates
P.O. Box 77077
Minneapolis MN 55480


Jules & Associates
515 S. Figueroa Street, Suite 1900
Los Angeles CA 90071


Jules & Associates, Inc.
P.O. Box 77077
Minneapolis MN 55480


Jules and Associates, Inc
Accounts Receivable
515 S. Figueroa Street Ste 1900
Los Angeles CA 90071


Jules and Associates, Inc
PO Box 77077
Minneapolis MN 55480-7777


Julie De La Paz
12553 Bellder Drive
Downey CA 90242


Jullian Littleton
231 Sierra St. Apt 2
El Segundo CA 90245


Kaiser
c/o Linda Rodriguez
1011 Baldwin Park Blvd
Baldwin Park CA 91706

Kaiser Permanente
c/o Linda Rodriguez
1011 Baldwin Park Blvd
Baldwin Park CA 91706


Karen Matthews
956 Paularino Ave
Costa Mesa CA 92626


Kathakali Sircar
8601 Lincoln Blvd. #1-227
Los Angeles CA 90045


Kathleen Pepper and Mike Pepper
8481 Colonial Drive
Lone Tree CO 80124


Kathy Horneck
56 Sutton Place
Palm Desert CA 92211


Kelly Jeon
3646 Vinton Ave. Apt B
Los Angeles CA 90034


Kelly Ke
6470 Lemon Ave.
San Gabriel CA 91775


Kelly Ross-Faro
5458 Windward Ave.
Long Beach CA 90814

Landon Lockwood
Tivoli Garden Residences Bauhinia
2609 69 Coronado St, Mandaluyong,
Manilla, Phillipines 1550


Laura Roth
20700 Anza Avenue, Apt. 25
Torrance CA 90503


Lee Ann Meyers
3730 Amesbury Road
Los Angeles CA 90027


Lesli Yoshihara
2704 Vanderbilt Lane Apt 13
Redondo Beach CA 90278


Leslie Dehoff
2544 Via Rivera
Palos Verdes Peninsula CA 90274


Liberty Mutual Insurance
PO Box 91013
Chicago IL 60680-1171


Linen Express
1188 N. Grove Street, Suite H
Anaheim CA 92806


Lois Kim
7845 Westside Drive Apt 104
San Diego CA 92108

Lorene Testa
808 Via del Monte
Palos Verdes Peninsula CA 90274


Louise Lohman
400 Kingsberry Circle
Pittsburgh PA 15234


Magali Amezquita
201 E. Chapman Ave., #72P
Placentia CA 92870


Magali Amezquita
Amezquita 201 E. Chapman Ave., #72
Placentia CA 92870


Manhattan Property Management
PO Box 3182
Manhattan Beach CA 90266


Margaret Hull Wright
1810 Ford Street
Austin TX 78704


Mariko Fairly
2516 Harriman Lane, Unit A
Palos Verdes Peninsula CA 90274


Mariko Fairly
2516 Harriman Lane, Unit A
Redondo Beach CA 90278

Mark M. Matthews
102 Elm Avenue
Larkspur CA 94939


Mark Matthews
102 Elm Ave
Larkspur CA 94939


Mary Lynn Webster
5718 Whitecliff Dr.
Rancho Palos Verdes CA 90275


Mary Muro
5509 Wagner Ave.
Lakewood CA 90712


MaryJane Sahagun
15111 Freeman Ave. #29
Lawndale CA 90260


Melissa Rodgers
2539 E 3rd St
Long Beach CA 90814


Melissa Rodgers
2539 E 3rd St.
Long Beach CA 90814


Mercy Lan Santos
3515 Maricopa St, Unit 8
Torrance CA 90503

Mia Vancil
2880 Charlemagne Ave.
Long Beach CA 90815


Mia Zhou
13 Tigerlilly
Lake Forest CA 92630


Michael S. Mewhinney
2920 Fulton Street
San Francisco CA 94118


Michelle Mendiola
445 E. Ohio St. Apt 2117
Chicago IL 60611


Natascha Penas
2039 Sierra Rd, Unit 7
Concord CA 94518


Nicole Bader
2607 E. 4th St.
Los Angeles CA 90033


Nikhitha Murali
415 Herondo St. Apt 102
Glendale CA 91207


Nikhitha Murali
415 Herondo St. Apt 102
Hermosa Beach CA 90254

Office Depot
P.O. Box 29248
Phoenix AZ 85038-9248


Patricia Ma
627 S. Irving Blvd
Los Angeles CA 90005


Rachel Johnson
12665 Village Lane #1111
Los Angeles CA 90094


Rackspace US, Inc
PO Box 92769
Long Beach CA 90809


Ramesh Ayyalo
10547 Corey Lake Drive
Tampa FL 33647


Robinson Helicopter
c/o Mary Javier
2901 Airport Dr.
Torrance CA 90505


Robyn Friend
6237 1/2 Nita Ave.
Woodland Hills CA 91367


Sery Sor
4650 Deeboyer Ave.
Lakewood CA 90712

Shelby Leoning
2020 Preuss Rd.
Los Angeles CA 90034


Sparkletts
PO Box 660579
Dallas TX 75266-0579


Stephanie Berger
1626 5th St NW Apt 2
Washington DC 20001


Stephanie Berger
1626 5th St NW Apt 2
Tempe AZ 85283


Stephanie Stramatos
285 W. 6th St. #102
San Pedro CA 90731


Suruchi Srikanth
1024 Pier Ave. #2
Santa Monica CA 90405


Susan Richter
155 Granada Street, Suite N
Camarillo CA 93010


Suzanne Marie Niemeyer
15 Rue Cepre
Paris, France 75015

Sysco Food Services of L.A.
20701 East Currier Road
Walnut CA 91789


The Knot Worldwide Inc
PO Box 32177
New York NY 10087-2177


Theresa Vu
1553 Verbena Way
Los Angeles CA 90041


Tiger Oak Media
900 South 3rd Street
Minneapolis MN 55415


Tori Simeone
1001 S. Olive St. Apt 640
Los Angeles CA 90015


TPx Communications
P.O. Box 509013
San Diego CA 92150-9013


Tracy Wheelwright
17614 Garden House Lane
Bellflower CA 90706


Tyco Fire & Security  US  Managemen
P.O. Box 371967
Pittsburgh PA 15250-7967

Urte Sablinskaite
2940 N. Vesdago Rd. #102
Glendale CA 91208


Vendor Direct Solutions
515 South Figueroa #1900
Los Angeles CA 90071


Vesta Foodservice
13527 Orden Dr
Santa Fe Springs CA 90670


Wendy Surfas-Lekavich
2400 S. Flower St
Los Angeles CA 90007


XO Communications
9201 N. Central Expressway
Dallas TX 75231


Xuejing Sun
1016 1/2 West 23rd St.
Los Angeles CA 90007


Yaeji Myung
214 Suffield St. Apt 40p
Brooklyn NY 11201


Young Kim
7441 Western Bay Dr.
Buena Park CA 90621

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rachel M. Sposato (SBN 306045)<br>rsposato@hindslawgroup.com<br>James Andrew Hinds Jr. (SBN 71222)<br>jhinds@hindslawgroup.com<br>THE HINDS LAW GROUP, APC<br>21257 Hawthorne Blvd., Second Floor<br>Torrance, CA 90503<br>Tel: (310) 316-0500<br>Fax: (310) 792-5977 | |
| ☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>NEW YORK FOODS COMPANY, INC.<br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 7 |
|---|---|
| <br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _____James M. (Wharton)_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 1                               **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

   ☒   I am the president or other officer or an authorized agent of the Debtor corporation

   ☐   I am a party to an adversary proceeding

   ☐   I am a party to a contested matter

   ☐   I am the attorney for the Debtor corporation

2.a.   ☐   The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____

   _____

   _____

   [For additional names, attach an addendum to this form.]

b.   ☒   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:   07/01/2020                    By: _____
                                          Signature of Debtor, or attorney for Debtor


                                      Name:   James Wharton, Vice-President/GM
                                              Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## United States Bankruptcy Court
### Central District of California

In re   New York Food Company, Inc.

Debtor(s)

Case No.

Chapter   7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, James Wharton, declare under penalty of perjury that I am the **Vice President/G.M.** of **New York Food Company, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the *1* day of July, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that James Wharton, Vice President/G.M. of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James Wharton, Vice President/G.M. of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that James Wharton, Vice President/G.M. of this Corporation is authorized and directed to employ James Andrew Hinds Jr. (SBN 71222) and Rachel M. Sposato (SBN 306045), attorneys and the law firm of THE HINDS LAW GROUP to represent the corporation in such bankruptcy case."

Date   *7-1-2020*

Signed   

James Wharton

Resolution of Board of Directors
of
New York Food Company, Inc.


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that James Wharton, Vice President/G.M. of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that James Wharton, Vice President/G.M. of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that James Wharton, Vice President/G.M. of this Corporation is authorized and directed to employ James Andrew Hinds Jr. (SBN 71222) and Rachel M. Sposato (SBN 306045), attorneys and the law firm of THE HINDS LAW GROUP to represent the corporation in such bankruptcy case.

Date    7-1-2020              Signed _____
                                    James Wharton, Vice President/G.M.

Date    7/1/0I 20            Signed _____
                                    Joe Lohman, President

Date    7/1/0I 20            Signed _____
                                    Louise Lohman, Secretary/Treasurer